**AFFIRMED; Opinion Filed October 29, 2015.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00235-CR

### JENNIE REBECCA GITAU, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30933-S**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Myers
Opinion by Justice Myers

A jury convicted Jennie Rebecca Gitau of aggravated assault with a deadly weapon. The

jury assessed punishment at three years' imprisonment and a $1000 fine, and recommended that

the sentence and fine be probated. The trial court placed appellant on eight years' community

supervision and probated the fine. *See* TEX. PENAL CODE ANN. § 22.02(a) (West 2011). On

appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous

and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738

(1967). The brief presents a professional evaluation of the record showing why, in effect, there

are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim.

RECEIVED IN
COURT OF APPEALS, 5th DIST.

NOV 13 2015

LISA MATZ
CLERK, 5th DISTRICT

App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/s/ Lana Myers
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150235F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JENNIE REBECCA GITAU, Appellant

No. 05-15-00235-CR　　V.

THE STATE OF TEXAS, Appellee

Appeal from the 282nd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F13-30933-S).
Opinion delivered by Justice Myers, Justices Bridges and Francis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered this October 29th, 2015.

Order issued October 29, 2015



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-15-00235-CR

**JENNIE REBECCA GITAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Francis, and Myers

Based on the Court's opinion of this date, we **GRANT** the June 1, 2015 motion of

Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of

the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk

of the Court to send a copy of this order and all future correspondence to Jennie Rebecca Gitau,

3084 N. Jim Miller Road, No. 104, Dallas, Texas, 75201.

/s/ Lana Myers
LANA MYERS
JUSTICE



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



02 1P $ 000.48⁵
0000856274   OCT 29 2015
MAILED FROM ZIP CODE 75201

CASE: 05-15-00235-CR
JENNIE GITAU
3084 N. JIM MILLER RD.
NO. 104
DALLAS, TX 75201

N S N